Jeffrey I. Hasson
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@hassonlawllc.com
Washington State Bar No. 23741
Attorney for I.Q. Data International, Inc.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIZABETH GLASS AND BRIAN REBESCHINI,<br><br>Plaintiffs,<br><br>vs.<br><br>CARROLL'S CREEK APARTMENTS PROPERTY OWNER, LLC, JRK RESIDENTIAL GROUP, INC. DBA TWO COAST LIVING and I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendants. | Case No.:<br><br>NOTICE OF REMOVAL |

Please take notice that defendant I.Q. Data International, Inc. ("I.Q. Data") hereby removes this action from the Superior Court in and for King County, State of Washington to the United States District Court for the Western District of Washington at Seattle.

1.   Defendant I.Q. Data is a party in a civil action brought against it in the Superior Court in and for King County, State of Washington entitled: "LIZABETH GLASS AND BRIAN REBESCHINI, Plaintiffs, v. CARROLL'S CREEK APARTMENTS PROPERTY OWNER, LLC, JRK RESIDENTIAL GROUP, INC. DBA TWO COAST LIVING and I.Q. DATA

NOTICE OF REMOVAL -- 1
Case No.

INTERNATIONAL, INC., Defendant, No. (Unfiled)". A copy of "Plaintiffs' Complaint for Violations of 15 U.S.C. § 1692 et seq. and RCW Chapters 19.16 and 19.86 et seq." and Summons to each Defendant in that action are attached to this notice and constitute all process, pleadings, and orders delivered to a representative of I.Q. Data in that action up to the present date.

    2.    Also attached are the consents of Carroll's Creek Apartments Property Owner, LLC and JRK Residential Group, Inc. dba Two Coast Living to Removal.

    3.    The state court action was commenced when I.Q. Data was served with Summons and Complaint on November 29, 2023 for an action captioned in the Superior Court of the State of Washington for the County of King.

    4.    Defendants have filed no pleadings in this cause.

    5.    This notice of removal is filed within 30 days after receipt by I.Q. Data of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

    6.    This is an action of civil nature over which this court has original jurisdiction pursuant to 15 USC § 1692k in that it is a liability allegedly created under the Fair Debt Collection Practices Act, 15 USC § 1692 et seq.,

    7.    This notice is signed pursuant to FRCP 11.

Dated: December 20, 2023.

                      s/ Jeffrey I. Hasson
                      Jeffrey I. Hasson, WSBA#23741
                      Hasson Law, LLC
                      Phone: (503) 255-5352
                      Attorney for I.Q. Data International, Inc.

NOTICE OF REMOVAL -- 2
Case No.

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

Certificate of Service

    I hereby certify that on <u>December 20, 2023</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>T. Tyler Santiago, Jason D. Anderson, Jessica Kamish</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

<u>s/ Jeffrey I. Hasson</u>
Jeffrey I. Hasson, WSBA#23741
Attorney for I.Q. Data
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@hassonllc.com

NOTICE OF REMOVAL -- 3
Case No.

**HASSON LAW, LLC**
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124