1  Jessica Rae Kamish
   Lewis Brisbois Bisgaard & Smith LLP
2  111 3rd Ave., Suite 2700
   Seattle, WA 98101-3224
3  Phone: (206) 876-2961
   E-Mail: jessica.kamish@lewisbrisbois.com
4  Washington State Bar No. 48378
   Attorney for Carroll's Creek Apartments Property Owner, LLC

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIZABETH GLASS AND BRIAN REBESCHINI, <br><br> Plaintiff, <br><br> vs. <br><br> CARROLL'S CREEK APARTMENTS PROPERTY OWNER, LLC, JRK RESIDENTIAL GROUP, INC. dba TWO COAST LIVING and I.Q. DATA INTERNATIONAL, INC., <br><br> Defendants. | Case No.: <br><br> CONSENT TO REMOVAL |

Carroll's Creek Apartments Property Owner, LLC ("Carroll's Creek"), by and through counsel, hereby consents to the removal of the above-captioned matter from State of Washington King County Superior Court to the United States District Court for the Western District of Washington at Seattle.

///

CONSENT TO REMOVAL -- 1
Case No.

Dated: December 20, 2023

/s/ Jessica Rae Kamish
Jessica Rae Kamish
Lewis Brisbois Bisgaard & Smith LLP
E-Mail: jessica.kamish@lewisbrisbois.com
Washington State Bar No. 48378
Attorney for Carroll's Creek

CONSENT TO REMOVAL -- 2
Case No.