1 Jessica Rae Kamish
Lewis Brisbois Bisgaard & Smith LLP
2 111 3rd Ave., Suite 2700
Seattle, WA 98101-3224
3 Phone: (206) 876-2961
E-Mail: jessica.kamish@lewisbrisbois.com
4 Washington State Bar No. 48378
Attorney for JRK Residential Group, Inc. dba Two Cost Living

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIZABETH GLASS AND BRIAN REBESCHINI, | Case No.: |
| Plaintiff, | CONSENT TO REMOVAL |
| vs. | |
| CARROLL'S CREEK APARTMENTS PROPERTY OWNER, LLC, JRK RESIDENTIAL GROUP, INC. dba TWO COAST LIVING and I.Q. DATA INTERNATIONAL, INC., | |
| Defendants. | |

JRK Residential Group, Inc. dba Two Cost Living ("JRK"), by and through counsel, hereby consents to the removal of the above-captioned matter from State of Washington King County Superior Court to the United States District Court for the Western District of Washington at Seattle.

///

CONSENT TO REMOVAL -- 1
Case No.

Dated: December 20, 2023

/s/ Jessica Rae Kamish
Jessica Rae Kamish
Lewis Brisbois Bisgaard & Smith LLP
E-Mail: jessica.kamish@lewisbrisbois.com
Washington State Bar No. 48378
Attorney for JRK

CONSENT TO REMOVAL -- 2
Case No.