IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| LIZABETH GLASS AND BRIAN REBESCHINI,<br><br>Plaintiffs,<br><br>vs.<br><br>CARROLL'S CREEK APARTMENTS PROPERTY OWNER, LLC, JRK RESIDENTIAL GROUP, INC. dba TWO COAST LIVING and I.Q. DATA INTERNATIONAL, INC.<br><br>Defendants. | NO.<br><br>**SUMMONS** |

**TO THE DEFENDANT: CAROLL'S CREEK APARTMENTS PO, LLC:**

A lawsuit has been started against you in the above-entitled court by the Plaintiff. This claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the person signing this Summons within twenty (20) days (in state) or sixty (60) days (out of state) after the service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where a plaintiff is entitled to what has been asked for because you have not responded. If you serve

Summons - 1

ANDERSON | SANTIAGO
207B SUNSET BLVD. N.
RENTON, WA 98057
(206) 395-2665/F (206) 395-2719

1  a notice of appearance on the undersigned person, you are entitled to a notice before a default
2  judgment may be entered.
3  If you wish to seek the advice of an attorney on this matter, you should do so promptly so that
4  your written response, if any, may be served on time.
5  **THIS SUMMONS** is issued pursuant to Rule 4 of the Superior Court Civil Rules of the
6  State of Washington.

Respectfully submitted this 27th day of November, 2023.

ANDERSON SANTIAGO, PLLC

By: /s/
T. Tyler Santiago, WSBA No. 46004
Jason D. Anderson, WSBA No. 38014
Attorneys for Plaintiffs
207B Sunset Blvd. N.
Renton, WA 98057
(206) 395-2665
(206) 395-2719 (fax)

Summons - 2