The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LIZABETH GLASS and BRIAN REBESCHINI,<br><br>Plaintiffs,<br><br>vs.<br><br>CARROLL'S CREEK APARTMENTS PROPERTY OWNER, LLC, JRK RESIDENTIAL GROUP, INC. dba TWO COAST LIVING, and I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendants. | No. 2:23-CV-01963-BJR<br><br>**STIPULATION AND ORDER DISMISSING CASE** |

Plaintiffs and all Defendants, by and through undersigned counsel, hereby stipulate (through undersigned counsel) that this action and all claims herein shall be dismissed with prejudice and without an award of fees or costs to any party.

Based upon the parties' stipulation, this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Entered this 4th day of September, 2024.

Barbara J Rothstein
UNITED STATES DISTRICT JUDGE

**ANDERSON | SANTIAGO**
207B SUNSET BLVD. N.
RENTON, WA 98057
(206) 395-2665/F (206) 395-2719

Presented by:

**ANDERSON SANTIAGO, PLLC**

By /s/ *T. Tyler Santiago*
Jason D. Anderson, WSBA #38014
T. Tyler Santiago, WSBA# 46004
207B Sunset Blvd. N.
Phone: 206-395-2665
Renton, WA 98057
*Attorneys for Plaintiffs*

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

By: */s/ Jonathan Missen*
Jonathan Missen, WSBA No. 42689
1111 Third Ave. Suite 2700
Seattle, WA 98101
Phone: (206) 436-2020
E-Mail: jessica.kamish@lewisbrisbois.com
*Counsel for Defendants CCPO and JRK*

**HASSON LAW, LLC**

By: */s/ Jeffrey I. Hasson*
Jeffrey I. Hasson, WSBA No. 23741
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@hassonlawllc.com
*Counsel for Defendant I.Q. Data International, Inc*